SIMON SALOMON, RESPONDENT, v. MARCUS VAN PRAAG, APPELLANT.

*Action to recover goods obtained through fraud — demand — when not necessary.*

Where an action is brought to recover goods fraudulently obtained, against one who is not a *bona fide* purchaser from the original vendee, no demand is necessary before the commencement of the action. The tortious acquisition of the property by the first vendee affects the subsequent purchaser as well as the original taker, and he is equally a trespasser or tort feasor. (*Gillett* v. *Roberts*, 57 N. Y., 33 ; *Ely* v. *Ehle*, 3 id.,508 ; *Tevinain* v. *Swart*, 4 Lans., 269.)

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Thomas Darlington*, for the appellant. *Lewis Sanders*, for the respondent.

Opinion by BRADY, J. DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed.